UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ANTONIO FONTAINE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:19-CV-00338-JRG-HBG |
| CHASE JOHNSON and CHRIS HACKER, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendants' motion to dismiss [Doc. 46] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                    s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk